L.B.F. 9014-3

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
:
JOHN BERG, JR.            :     CHAPTER 7
:
:     CASE NO.: 23-11439
:
            Debtor       :

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**Debtor, JOHN BERG, JR. has filed a Motion to Appoint Judith Lynn Berg as Representative seeking to appoint Judith Lynn Berg as Debtor's Representative for assisting in the administration of this case, including appearing on the Debtor's behalf at the §341 Meeting of Creditors.**

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **August 4, 2023 you or your attorney must file a response to the Motion.**  (*see Instructions on next page).*

3. **A hearing on the Motion** is scheduled to held on **August 15, 2023,** a**t 11:00 A.M**. **in the Fourth Floor Courtroom, United States Bankruptcy Court, 201 Penn Street, Suite 103, Reading, PA 19601.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> The Gateway Building
> 201 Penn Street, Suite 103
> Reading, PA 19601

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice. **(August 4, 2023)**

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Vincent Rubino, Esq.
> Newman Williams Law Office
> 712 Monroe Street
> PO Box 511
> Stroudsburg, PA 18360
> Phone: (570) 421-9090
> Fax: (570) 424-9739
> vrubino@newmanwilliams.com

Date: July 21, 2023                    /s/ Vincent Rubino, Esq.
                                        Vincent Rubino, Esquire
                                        Newman Williams, P.C.
                                        712 Monroe Street
                                        PO Box 511
                                        Stroudsburg, PA  18360
                                        Phone: (570) 421-9090
                                        Fax: (570) 424-9739
                                        vrubino@newmanwilliams.com