**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| John Berg, Jr., | : | Chapter 7 |
| | | |
| Debtor | : | Bky. No. 23-11439 (PMM) |

_____

# ORDER DENYING MOTION AS MOOT

**AND NOW,** upon consideration of the Debtor's Amended Motion Seeking the Appointment of a Representative Pursuant to Bankruptcy Rule 1004.1 (doc. # 14, the "Motion");

**AND** this bankruptcy case having been filed on May 17, 2023;

**AND** the Motion seeking to appoint Judith L. Berg ("Ms. Berg") as the Debtor's "appointed representative." See proposed order;

**AND** Bankruptcy Rule 4001.1 contemplating the appointment of a "next friend" in cases in which the debtor *does not already have such a representative*;

**BUT**, as stated in the Motion and evidenced by an attachment thereto, Ms. Berg having been appointed power of attorney to the Debtor on April 3, 2023, prior to the filing of the petition;

**AND** the Motion, therefore, failing to articulate a need for the relief sought;

It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.

**Date: August 8, 2023**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**